# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134221

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DARIN EDWARD SMITH,
      Defendant-Appellant.

SC: 134221
COA: 273160
Lapeer CC: 01-007330-FH

_____/

      On order of the Court, the application for leave to appeal the April 27, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

      Clerk

d1119